# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA LLOYD, *et al.*, | Case No. 17-cv-1280-BAS-RBB |
| Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | **[ECF No. 20]** |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

Presently before the Court is a motion for leave to withdraw as counsel filed by Andrew Huang, attorney of record for Defendant Navy Federal Credit Union, pursuant to Local Rule 83.3(f)(3). (ECF No. 20.) Mr. Huang seeks to withdraw because he will no longer be associated with Hunton & Williams LLP as of January 19, 2018. (*Id*.) Mr. Huang's motion is procedurally proper pursuant to Local Rule 83.3(f)(3) as it has been served on Plaintiffs and his client, as attested to in the required declaration filed in support of his motion. (ECF No. 20-1.) For the reasons below, the Court grants the motion.

## I. DISCUSSION

"An attorney may not withdraw as counsel except by leave of court." *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The trial court has discretion whether to grant or deny an attorney's motion to withdraw in a civil case.

*See La Grand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998); *Stewart v. Boeing Co.*, No. CV 12-5621 RSWL(AGRx), 2013 WL 3168269, at *1 (C.D. Cal. June 19, 2013). Courts should consider the following factors when ruling upon a motion to withdraw as counsel: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Curtis v. Illumination Arts, Inc.*, No. C12-0991JLR, 2014 WL 556010, at *4 (W.D. Wash. Feb. 12, 2014); *Deal v. Countrywide Home Loans*, No. C09-01643 SBA, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010). The Court finds that Mr. Huang's disassociation from his current firm is a sufficient reason to permit his withdrawal as counsel of record for Defendant. The Court further finds that Mr. Huang's withdrawal will not prejudice the other litigants, nor cause delay or harm to the administration of justice. Neil K. Gilman and Jason J. Kim of Hunton & Williams LLP will continue to serve as counsel of record for Defendant. (ECF No. 20 at 2.) Moreover, this case remains at the nascent stages of litigation, with a pending motion to dismiss filed by Defendant and fully briefed by both sides. (ECF Nos. 9, 11, 12, 18.) Accordingly, the Court will permit Mr. Huang leave to withdraw as counsel of record.

**II. CONCLUSION & ORDER**

For the foregoing reasons, the motion to withdraw is **GRANTED**. (ECF No. 20.) It is further **ORDERED** that the Clerk of the Court shall terminate Mr. Huang as counsel of record for Defendant in this case.

**IT IS SO ORDERED.**

DATED: January 22, 2018

Hon. Cynthia Bashant
United States District Judge