JEFF OSTROW (pro hac vice)
JONATHAN M. STREISFELD (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

HASSAN A. ZAVAREEI (CA 181547)
ANDREA R. GOLD (pro hac vice)
ANDREW J. SILVER (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, DC  20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com
asilver@tzlegal.com
*Counsel for Plaintiffs and the Proposed Class*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA LLOYD and JAMIE PLEMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 3:17-cv-01280-BAS-RBB<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge: Hon. Cynthia Bashant<br>Place: Courtroom 4B<br>Hearing Date: November 19, 2018<br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on **November 19, 2018,** or as soon thereafter as

1

NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS
3:17-cv-01280-BAS-RBB

the matter may be heard, in Courtroom 4B, before the Honorable Cynthia Bashant, Plaintiffs and Class Counsel will, and hereby do, respectfully request that the Court grant Preliminary Approval of the Settlement, the terms of which are more specifically described in the Memorandum and Points of Authority filed in support of this Motion.

This Motion is based upon this Notice of Motion and Unopposed Motion; the accompanying Memorandum of Points and Authorities; the Settlement Agreement; and the Joint Declaration of Jeff Ostrow, Hassan A. Zavareei, Taras Kick and Richard D. McCune in Support of Preliminary Approval, other pleadings and papers on file in this Action; and other such evidence or argument as may be presented to the Court at the hearing on this Motion. Defendant, Navy Federal Credit Union, does not oppose this Motion.

Dated: October 15, 2018

Respectfully submitted,

 /s/ Jeff Ostrow
JEFF OSTROW (pro hac vice)
JONATHAN M. STREISFELD (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

Taras Kick, Esq.
**THE KICK LAW FIRM APC**
815 Moraga Drive
Los Angeles, CA 90049
Tel: 310-395-2988
Fax: 310-395-2088
taras@kicklawfirm.com

Richard D. McCune, Esq.
**MCCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250
Fax: 909-557-1275
rdm@mccunewright.com

HASSAN A. ZAVAREEI
ANDREA GOLD (pro hac vice)
ANDREW SILVER (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com
asilver@tzlegal.com

CHICHARU SEKINO
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
csekino@sfmslaw.com

JAMES C. SHAH
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

*Counsel for Plaintiffs and the Proposed Class*