| | |
|---|---|
| 1 | JEFF OSTROW (pro hac vice) |
| 2 | JONATHAN M. STREISFELD (pro hac vice) |
|   | **KOPELOWITZ OSTROW P.A.** |
| 3 | 1 West Las Olas Blvd., Suite 500 |
|   | Fort Lauderdale, FL 33301 |
| 4 | Telephone: (954) 525-4100 |
|   | Facsimile: (954) 525-4300 |
| 5 | ostrow@kolawyers.com |
|   | streisfeld@kolawyers.com |

1  JEFF OSTROW (pro hac vice)
   JONATHAN M. STREISFELD (pro hac vice)
   **KOPELOWITZ OSTROW P.A.**
   1 West Las Olas Blvd., Suite 500
   Fort Lauderdale, FL 33301
   Telephone: (954) 525-4100
   Facsimile: (954) 525-4300
   ostrow@kolawyers.com
   streisfeld@kolawyers.com

   HASSAN A. ZAVAREEI (CA 181547)
   ANDREA R. GOLD (pro hac vice)
   **TYCKO & ZAVAREEI LLP**
   1828 L Street NW, Suite 1000
   Washington, DC 20036
   Telephone: (202) 973-0900
   Facsimile: (202) 973-0950
   hzavareei@tzlegal.com
   agold@tzlegal.com

   *Counsel for Plaintiffs and the Settlement Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA LLOYD and JAMIE PLEMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 3:17-cv-01280-BAS-RBB<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Judge: Hon. Cynthia Bashant<br>Place: Courtroom 4B<br>Hearing Date: May 20, 2019 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on May 20, 2019, or as soon thereafter as the matter may be heard, in Courtroom 4B, before the Honorable Cynthia Bashant, Plaintiffs and Class Counsel will, and hereby do, respectfully request that the Court grant Final Approval of the Settlement for which the Court granted Preliminary Approval on October 22, 2018, the terms of which are more specifically described in the Memorandum and Points of Authority filed in support of this Motion.

-1-

1  This Motion is based upon this Notice of Motion and Unopposed Motion, the accompanying Memorandum of Points and Authorities, the Settlement Agreement, Joint Declaration of Class Counsel Jeff Ostrow and Hassan Zavareei, Declaration of Cameron A. Azari, Declaration of Arthur Olsen, and Plaintiffs' responses to objections, if any, other pleadings and papers on file in this Action, and other such evidence or argument as may be presented to the Court at the hearing on this Motion.

Defendant, Navy Federal Credit Union, does not oppose this Motion.

Dated: April 4, 2019

Respectfully submitted,

/s/ Jeff Ostrow
Jeff Ostrow (*pro hac vice*)
ostrow@kolawyers.com
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel.: (954) 525-4100
Fax: (954) 525-4300

/s/ Hassan A. Zavareei
Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Counsel for Plaintiffs and the Settlement Class*